**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                         **Case No.  8:07-CV-2121-T-30TGW**

**THOMAS R. BEATTIE, et al.,**

    **Defendants.**
_____/

# **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Judgment Against Defendant Fremont Investment and Loan ["FIL"], with Memorandum of Law (Dkt. 10).  A summons was issued as to FIL on November 20, 2007 (Dkt. 2).

Plaintiff seeks a default order pursuant to Fed. R. Civ. P. 55(b) on grounds that FIL has failed to plead or otherwise defend this action.  Attached to said motion is an affidavit executed by Deborah Gershon, agent for FIL stating that the mortgage Defendants Thomas R. Beattie and Linda M. Beattie executed February 16, 2000, to FIL on the property located at 1423 Union Street, Clearwater, Florida, has been satisfied. Thus, FIL no longer has an interest in the property.

It is therefore **ORDERED and ADJUDGED** that:

1.    Plaintiff's Motion for Default Judgment as to Defendant Fremont Investment and Loan (Dkt. 10) is **GRANTED**.

     2.     The **Clerk** shall enter a default in favor of Plaintiff against Defendant Fremont Investment and Loan.

**DONE** and **ORDERED** in Tampa, Florida on June 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**<u>Copies furnished to:</u>**
Counsel/Parties of Record

S:\Odd\2007\07-cv-2121 Default Fremont Investment and Loan.wpd