UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.  Case No. 8:07-cv-2121-T-30TGW

THOMAS R. BEATTIE et al,

Defendant.
_____/

## AMENDED JUDGMENT

IT IS HEREBY ORDERED and ADJUDGED:

Judgment is entered in favor of the United States and against defendant Thomas R. Beattie for the taxable years 1995 and 1997, 1998, 1999, 2000, 2001, 2002, and 2003 in the amount of $277,124.70 as of October 24, 2008, plus fees, interest, and statutory additions thereon as provided by law;

Judgment is entered in favor of the United States and against defendant Linda M. Beattie for the 2002 taxable year in the amount of $2,089.34 as of October 24, 2008, plus fees, interest, and statutory additions thereon as provided by law; and

Judgment is entered in favor of the United States and against defendants Thomas R. Beattie and Linda M. Beattie for the taxable years 2004 and 2005 in the amount of $19,798.99 as of October 24, 2008, plus fees, interest, and statutory additions thereon as provided by law.

DATED in the Middle District of Florida, this ___26___ day of ___Nov.___, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record