**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                **Case No. 8:07-cv-2121-T-30TGW**

**THOMAS R. BEATTIE, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff United States of America's Motion for Relief from Judgment and Motion to Dismiss Count II without prejudice (Dkt. 32). Defendants have not responded to the motion. The Court, having considered the motion and being otherwise advised on the premises, finds that the motion should be granted.

Defendants are indebted to the United States for unpaid federal income taxes for the years 1995 and 1997-2005. On November 19, 2007, the United States filed this action to reduce to judgment these unpaid income tax liabilities and, as stated in Count II, to foreclose its federal tax liens against the subject property, located at 1423 Union St., Clearwater, FL 33755. On November 21, 2008, this Court granted Summary Judgment in favor of the United States. On November 26, 2008, the Court ordered the sale of the subject property. On March 13, 2009, Steven Hopkins of the IRS Property Appraisal and Liquidation Specialists ("PALS") attempted to sell the subject property at a price slightly above that of

the outstanding balance of its mortgage. No bidders attended the auction and the subject property was not sold. Therefore, the United States cannot sell the property for an amount that will generate proceeds to apply to Defendants' outstanding tax liabilities.

The United States now requests that the Court enter an order granting relief from judgment. The United States further requests an order dismissing Count II without prejudice, to allow the possibility of seeking foreclosure of the property at some future time should real estate prices appreciate. Upon consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The United States Motion for Relief from Judgment and Motion to Dismiss Count II without prejudice (Dkt. 32) is **GRANTED**.

2. The Court's order granting summary judgment (Dkt. 23) is **VACATED** to the extent that it orders the foreclosure of the federal tax liens.

3. The Court's order of the sale of the property (Dkt. 29) is **VACATED**.

4. Count II of the complaint is DISMISSED without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on June 26, 2009.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-2121.relief from judgment and mtd.frm